FILED 03 OCT '23 15:37 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:23-cr-00317-IM |
| v. | INDICTMENT |
| PEDRO ANTONIO VALENCIA-GONZALEZ (AKA "Bagman"), | 21 U.S.C. § 841(a)(1), 841(b)(1)(A)(viii)) 18 U.S.C. § 924(c)(1)(A) |
| Defendant. | Forfeiture Allegations |
| | UNDER SEAL |

### THE GRAND JURY CHARGES:

### COUNT 1
**(Possession with Intent to Distribute Methamphetamine)**
**(21 U.S.C. § 841(a)(1), 841(b)(1)(A)(viii))**

Beginning on an unknown date but no later than March 2023, and continuing until the present, in the District of Oregon, defendant **PEDRO ANTONIO VALENCIA-GONZALEZ** knowingly possessed with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(A)(viii).

/ / /

/ / /

/ / /

/ / /

Indictment                                                                                                          Page 1

## COUNT 2
### (Possession of Firearm in Furtherance of a Drug Trafficking Crime)
### (18 U.S.C. § 924(c)(1)(A))

On or about June 8, 2023, in the District of Oregon, defendant **PEDRO ANTONIO**

**VALENCIA-GONZALEZ** knowingly possessed one or more firearms, specifically: (1) a Colt

Combat Commander handgun, bearing serial number XE11147; (2) a Ruger model P94DC

pistol, bearing serial number 308-00229; (3) a Beretta model M9A1 92FS pistol, bearing serial

number BER642254; (4) a Galil ACE assault rifle, 5.56 caliber, bearing serial number

G2011776; (5) a Mossberg 12 gauge shotgun, model Maverick 88, bearing serial number

MV50841V; and (6) a tan colored FN model 509 pistol, bearing serial number GKS0099354, in

furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United

States, that is, (1) Possession with Intent to Distribute Methamphetamine, as alleged in Count 1

of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## FIRST FORFEITURE ALLEGATIONS

Upon conviction of the controlled substance offense alleged in Count 1 of this

Indictment, defendant **PEDRO ANTONIO VALENCIA-GONZALEZ** shall forfeit to the

United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds

obtained, directly or indirectly, as a result of the aforesaid violation and any property used, or

intended to be used, in any manner or part, to commit, or to facilitate the commission of the said

violation.

/ / /

/ / /

**Indictment**                                                                                            **Page 2**

## SECOND FORFEITURE ALLEGATION

Upon conviction of the offenses alleged in Count 2 of this Indictment, defendant **PEDRO ANTONIO VALENCIA-GONZALEZ** shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the commission of the offense, including but not limited to the following:

(1) a Colt Combat Commander handgun, bearing serial number XE11147;

(2) a Ruger model P94DC pistol, bearing serial number 308-00229;

(3) a Beretta model M9A1 92FS pistol, bearing serial number BER642254;

(4) a Galil ACE assault rifle, 5.56 caliber, bearing serial number G2011776;

(5) a Mossberg 12 gauge shotgun, model Maverick 88, bearing serial number MV50841V;

(6) an FN model 509 pistol, bearing serial number GKS0099354;

## SUBSTITUTE ASSETS

If, as a result of any act or omission of the defendant, any of the above-described forfeitable property listed in the first or second forfeiture allegations:

(a)     cannot be located upon the exercise of due diligence;

(b)     has been transferred or sold to, or deposited with, a third party;

(c)     has been placed beyond the jurisdiction of the court;

(d)     has been substantially diminished in value; or

(e)     has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. § 982(b) and 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described in these forfeiture allegations.

Dated: October **3**, 2023

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

PETER D. SAX
Assistant United States Attorney